IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-1177-TUC-JMR(GEE) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| John Paul Fisher, | ) | |
| Jose Palma-Higuera, | ) | |
| | ) | |
| Defendants. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Report and Recommendation of the Magistrate Judge,

**IT IS ORDERED** that the District Court **ADOPTS** the well-reasoned and well-supported Report and Recommendation of the Magistrate Judge dated November 23, 2010.

This case remains set for trial on February 23, 2011.

DATED this 4th day of January, 2011.

_____
John M. Roll
Chief United States District Judge